osetstcf (02/20)

## UNITED STATES BANKRUPTCY COURT
### District of Maine

Chapter: 11
Case No.: 24–20218

In Re:
  Misty Moon Transport 2 Inc.

  Debtor

## ORDER SETTING STATUS CONFERENCE

    The Court will hold a status conference in this case on **12/17/24** at **09:00 AM** at **537 Congress Street, Portland, ME 04101–3318** under 11 U.S.C. § 1188(a). No later than **12/3/24**, the debtor must file with the Court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization. *See* 11 U.S.C § 1188(c).

**Dated: 10/29/24**

                                        /s/ Peter G Cary
                                        **U.S. Bankruptcy Judge**