UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re

MISTY MOON TRANSPORT 2 INC.,      Case No. 24-20218
    Chapter 11
    Debtor.
_____/

**NOTICE OF DAIMLER TRUCK FINANCIAL SERVICES USA LLC'S ELECTION UNDER SECTION 1111(b)(2) AND FEDERAL RULE OF <u>BANKRUPTCY PROCEDURE 3014</u>**

Pursuant to Rule 3014 of the Federal Rules of Bankruptcy Procedure, please take notice that Daimler Truck Financial Services USA LLC ("DTFS") elects application of Section 1111(b)(2) to its claims described in Class 8 of the Misty Moon Transport 2 Inc., Chapter 11 Subchapter V Plan of Reorganization dated January 22, 2025 [Dkt. No. 85].

3.    DTFS financed Debtor's prepetition purchase of the following equipment (the "Equipment Collateral") under the four Note and Security Agreements[1]:

| Year | Make | Model | VIN |
|---|---|---|---|
| 2016 | Freightliner | CA113SLP | 3AKJGHDV5GSHC5134 |
| 2018 | Freightliner | PT126DC | 3AKJHLDR6JSKB3390 |
| 2018 | Freightliner | PT126DC | 3AKJHLDRXJSKB3389 |
| 2018 | Freightliner | PT126DC | 3AKJHLDR6JSKB3308 |

The Equipment Collateral is not of inconsequential value and has not been sold by the Debtor pursuant to 11 U.S.C. § 363.

---

[1] More information relating to the claims, including a copy of the Note and Security Agreements, is contained in and attached to Proof of Claim 31.

Dated:  March 4, 2025                              Respectfully Submitted,


                                        */s/ Bodie B. Colwell*
                                        Bodie B. Colwell, Esq.
                                        Counsel for Daimler Truck Financial
                                        Services USA LLC

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
*bcolwell@preti.com*


## CERTIFICATE OF SERVICE

     I, Bodie B. Colwell, hereby certify that I caused to be served true and correct copies of the within *Notice of Daimler Truck Financial Services USA LLC's Election Under Section 1111(b)(2) and Federal Rule of Bankruptcy Procedure 3014*, on each of the parties set forth on the Service List below, via First Class U.S. mail, postage fully prepaid, unless otherwise indicated, on this date.

     All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

     Dated at Portland, Maine, this 4th day of March, 2025

                                          */s/ Bodie B. Colwell*
                                          Bodie B. Colwell, Esq.
                                          Counsel for Daimler Truck Financial
                                          Services USA LLC


Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
(207) 791-3000
*bcolwell@preti.com*


## Service List

N/A